**UNITED STATES of AMERICA,
Plaintiff–Appellee,**

v.

**Alan EASON, Defendant–Appellant.**

No. 08–15952
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 7, 2009.

Alan Eason, Jesup, GA, pro se.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

---

1. We also deny the government's motion to dismiss the appeal as moot.

Before DUBINA, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Alan Eason in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Eason's revocation of supervised release and resulting sentence are **AFFIRMED.** Eason's request for appointment of appellate counsel is accordingly **DENIED AS MOOT.**

Before CARNES, WILSON and COX, Circuit Judges.